```
UNITED STATES DISTRICT COURT
EASTERN DISTRICT OF NEW YORK
----------------------------------------X

Gary LaBarbera and Frank Finkel,
 Trustees of Local 282, etc.,

                         Plaintiff,        CV-06-5022 (CPS)

        - against -                        ORDER

T & M Specialties Ltd. and
 M. Fine Lumber Co., Inc.,

                         Defendant.

----------------------------------------X
```

       No objections to the Report and Recommendation of Magistrate Judge Steven M. Gold dated September 11, 2007 having been filed by the parties, the Report and Recommendation is hereby adopted.  Counsel for the plaintiff is directed to settle a judgment on notice in conformity with the Report and Recommendation, to serve a copy of the within on the defendant at its last known address and to file proof of service with the court.

       The Clerk is directed to transmit a copy of the within to all parties and to the assigned Magistrate Judge.

       SO ORDERED.

Dated :   Brooklyn, New York
          September 27, 2007

                    By: /s/ Charles P. Sifton (electronically signed)
                            United States District Judge